IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01729-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:               September 4, 2013 | Courtroom Deputy:     Courtni Covington |

*Parties:*                                                                                     *Counsel:*

TIMOTHY JOHNSON,                                                     Joseph P. Stengel, Jr.

     Plaintiff,

v.

ISS FACILITY SERVICES, INC.,

     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        8:28 a.m.**
Court calls case. Appearance of counsel.

This matter is before the court regarding **Plaintiff's MOTION to Vacate September 23, 2013 Scheduling and Planning Conference** [Doc. No. 7, filed 8/26/2013]**.**

Discussion between the court and counsel for Plaintiff regarding the status of the case, service on the Defendant, and Judge Blackburn's practice standards. The court notices counsel that a trial date will be given at the scheduling conference.

Discussion regarding how much additional time is needed before re-setting the scheduling conference.

**ORDERED:**            Plaintiff's Motion to Vacate is **GRANTED**. A Scheduling Conference is re-set for **October 23, 2013 at 9:15 a.m.** The Plaintiff shall notify all parties who have not yet entered an appearance of the date and time of the scheduling/planning conference. The parties shall adhere to the instructions and deadlines previously set forth in the court's [6] Order setting a scheduling conference.

HEARING CONCLUDED.         **Court in recess**: **8:34 p.m.**        Total time in court:   00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.